# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-10478
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 16, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

BRIAN BERNARD WILLIN,

Defendant-Appellant

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:12-CR-42-1

Before PRADO, ELROD, and HAYNES, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Brian Bernard Willin has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Willin has filed a response and requests the appointment of substitute counsel. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Willin's response. We concur

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-10478

with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, Willin's motion for the appointment of counsel is DENIED, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.